

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2015

No. 04-14-00858-CV

**IN THE INTEREST OF DM**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01692
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

Appellant Tina Medillin brief was originally due on January 20, 2015. On January 26, 2015, Appellant Medillin filed her first request for an extension of time, requesting an additional twenty days. Appellant Medillin's motion is GRANTED. Appellant's brief is due to be filed with this court *no later than February 9, 2015*. *Absent extenuating circumstances, no further extensions will be given.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2015.



_____
Keith E. Hottle
Clerk of Court